UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, CIVIL NO. 00-1928 (DSD/JMM)

Petitioner,

v. ORDER

MARTIN WILSON,

Respondent.

This matter comes before the Court on the Government's Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4245 [Docket No. 1]. The subject of the Petition, Respondent Martin Wilson, is a federal prisoner who is serving a 24-month sentence imposed by the United States District Court, Northern District of Texas, and is scheduled to be released on September 21, 2001. The Government is represented by Joan Humes, Esq. The Federal Public Defender's Office has been appointed to represented the Respondent Martin Wilson.

Based upon all of the files, records, and proceedings herein, the Court being duly advised, it now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. A hearing shall be held pursuant to the provisions of 18 U.S.C. § 4245 to determine (1) if Respondent is presently suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility, and (2) whether the Court should commit Respondent to the custody of the Attorney General for care or treatment in a suitable facility.

FILED AUG 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2. The hearing shall take place at the Federal Medical Center in Rochester, Minnesota.

3. The hearing shall be held on Monday, September 18, 2000 at 10:30 a.m.

4. This Court will not order a further psychiatric or psychological examination of Respondent pursuant to 18 U.S.C. § 4245(b) unless either party, by written Motion, substantiates the need for such an examination.

Dated: August 29, 2000

JOHN M. MASON
United States Magistrate Judge