# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

Case No. Civil 00-1928 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Martin Wilson,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The petition to determine present mental condition of an imprisoned person is granted and the respondent is committed to the custody of the United States until a time when respondent is no longer in need of such custody for care and treatment, or until his sentence expires, whichever occurs first.

DATE: October 30, 2000

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk