UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1928 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTIN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion to Transfer Defendant, pursuant to 18 U.S.C. §4245(e). In support of its Motion, the United States submitted a Certificate of Recovery and Request to Discharge from Psychiatric Hospitalization, signed by the Warden of the Federal Medical Center in Rochester. Based on that submission, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant is discharged from psychiatric hospitalization;
2. Defendant may be transferred to a non-psychiatric facility.

DATED:
6/6/01

DAVIS S. DOTY
United States District Court Judge

FILED 6-6-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd 6-6-01
Deputy Clerk's Initials